IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Finner, Creed D | Case Number: 06 B 06941 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 6/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: October 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,285.77 | |
| Secured: | | 6,861.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,874.00 |
| Trustee Fee: | | 450.52 |
| Other Funds: | | 1,100.00 |
| Totals: | 10,285.77 | 10,285.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,874.00 | 1,874.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Eastern Federal CU | Secured | 30,407.65 | 5,884.75 |
| 4. | Ocwen Federal Bank FSB | Secured | 2,999.39 | 976.50 |
| 5. | Illinois Dept of Revenue | Priority | 4,556.12 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,540.18 | 0.00 |
| 7. | Activity Collection Svc | Unsecured | 21.95 | 0.00 |
| 8. | Timothy K Liou | Unsecured | 1,351.07 | 0.00 |
| 9. | Tribute | Unsecured | 479.05 | 0.00 |
| 10. | Nicor Gas | Unsecured | 944.82 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 422.73 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 6,060.07 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 759.56 | 0.00 |
| 14. | FNB Of Marin | Unsecured | | No Claim Filed |
| 15. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 16. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 17. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 18. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 55,416.59 | $ 8,735.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 364.12 |
| 5.4% | 86.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Finner, Creed D

Printed:  2/19/08

Case Number:  06 B 06941
Judge:  Hollis, Pamela S
Filed:  6/14/06

_____
$ 450.52

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief is proper.

Marilyn O. Marshall, Trustee, by:

